# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE COYE,<br><br>    Defendant. | Case No.  5:24-po-00337-CDB<br><br>CVB Violation E2090660 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 6) |

Defendant Lee Coye was issued Violation Notice E2090660 with a total collateral due of $300.00.  As a result of a failure to appear on December 3, 2024, the Court issued an arrest warrant and a failure to appear fine in the amount of $100.00 for a total collateral due of $400.00. On December 6, 2024, Defendant paid the amount of $216.00 toward the outstanding fine. On January 29, Defendant paid an additional $300.00, totaling $516.00. The Court accepted the $516.00 as payment in full, recalled the arrest warrant, and closed the case.

Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $116.00.

IT IS SO ORDERED.

Dated:   **January 31, 2025**                                    _____

                                                                                    UNITED STATES MAGISTRATE JUDGE